# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2338
_____

FRONTLINE INSURANCE
UNLIMITED COMPANY a/s/o
SMOKY HILL CAPITAL GROUP
LLC,

    Appellant,

    v.

QUIK RYDE, INC., a Florida
corporation d/b/a QUIK RYDE
LLC and JAMES D. COCHRAN, an
individual,

    Appellees.

_____

On appeal from the Circuit Court for Walton County.
David W. Green, Judge.

July 31, 2024

PER CURIAM.

    AFFIRMED.

ROBERTS, WINOKUR, and LONG, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————

Michael Bernard Stevens and Mary Grecz of Derrevere Stevens Black & Cozad, West Palm Beach, for Appellant.

Kimberly Kanoff Berman of Marshall Dennehey, P.C., Fort Lauderdale; William Estes and James Patrick Hanratty of Marshall Dennehey, P.C., Jacksonville; Mark Kraus McCulloch of Marshall Dennehey, P.C., Orlando, for Appellees.